IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALLISON E. MATNEY<br>　　Plaintiff, | §<br>§<br>§ | Case Number:　4:22-cv-00409 |
| vs. | §<br>§ | |
| GATEWAY MORTGAGE GROUP<br>　　Defendant. | §<br>§<br>§<br>§ | |

### AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE DISTRICT COURT JUDGE:

The parties pursuant to *Fed. R. Civ. Pro. 41(a)(2)* hereby stipulate as follows and respectfully request this Court's entry of the proposed Order of Dismissal filed herewith:

1. Plaintiff filed her Original Petition, Application for Injunctive Relief and Request for Disclosures as cause no. 2021-83709 in the 160th Judicial Court of Harris County, Texas on December 29, 2021.

2. Defendant filed its Original Answer and Request for Disclosures in cause no. 2021-83709 in the 160th Judicial Court of Harris County, Texas on January 28, 2022.

3. Defendant filed its Notice of Removal to this Court on February 8, 2022.

4. On March 9, 2022, Defendant filed with this Court its Amended Motion to Dismiss pursuant to *Fed. R. Civ. Pro. 12(b)(6)*.  The Rule 12(b)(6) motion is unopposed.

5. Accordingly, the parties request that the Court dismiss this lawsuit with prejudice against filing same in the future.

WHEREFORE, PREMISES CONSIDERED, the Plaintiff and Defendant hereby request

that this Court enter the attached Order dismissing the above-entitled and numbered cause with prejudice.

Date: March 23, 2022

Respectfully submitted,

By: VILT AND ASSOCIATES – TX, P.C.
/s/ Robert C. Vilt
ROBERT C. VILT
State Bar No. 00788586
S.D. No.: 20296
Email: clay@viltlaw.com
5177 Richmond Avenue, Suite 1132
Houston, Texas 77056
Telephone: 713-840-7570
Facsimile: 713-877-1827
Attorneys for Plaintiff

By:  MICHAEL J. SCHROEDER, P.C.
/s/*Michael J. Schroeder*
State Bar No.: 17817380
S.D. No.: 9267
Email: Michael@lawmjs.com
3610 N. Josey Lane, Suite 206
Carrollton, TX 75007
Telephone: 972-394-3086
Facsimile: 972-394-1263
Attorneys For Defendant

CERTIFICATE OF CONFERENCE

I hereby certify that a conference was held on the merits of this motion on March 22, 2022 with Michael J. Schroeder and he has agreed to the relief sought herein.

                                                    */s/ Robert C. Vilt*
                                                    ROBERT C. VILT

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Agreed Stipulation of Dismissal With Prejudice been served on all parties and/or counsel of record in accordance with the FEDERAL RULES OF CIVIL PROCEDURE on this 23rd day of March, 2022 as indicated below:

***Via E-Filing***
Michael J. Schroeder
Michael J. Schroeder, P.C.
3610 North Josey Lane, Suite 206
Carrolton, TX 75007
Counsel for Defendant

                                                    */s/ Robert C. Vilt*
                                                    ROBERT C. VILT